Submitted September 13, affirmed October 6, 2021, petition for review denied February 24, 2022 (369 Or 338)

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

SHANE FRITZ ESPY,
*Defendant-Appellant.*

Josephine County Circuit Court
19CR12790; A173561

496 P3d 1159

Pat Wolke, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Neil F. Byl, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Susan G. Howe, Assistant Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, and Shorr, Judge, and Powers, Judge.

PER CURIAM

Affirmed. *State v. Redick*, 312 Or App 260, 491 P3d 87 (2021).